IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CRIM. NO. 07-288 |
| | : | |
| **AARON TAYLOR** | : | |

## ORDER

**AND NOW,** this 7th day of June, 2011, upon consideration of Defendant's Motion for Judgment of Acquittal and/or for a New Trial *(Doc. No. 205)*, the Government's Response *(Doc. No. 212)*, and all related filings, Defendant's Motion *(Doc. No. 205)* is **DENIED.**

        **IT IS SO ORDERED.**

        /s/ Paul S. Diamond
        _____
        **Paul S. Diamond, J.**